Jeffrey Willis, Esq.
Nevada Bar No. 4797
Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
50 West Liberty St., Suite 510
Reno, Nevada  89501-1961
Telephone:  (775) 785-5440
Facsimile:  (775) 785-5441
Email: jwillis@swlaw.com
        asorenson@swlaw.com
        wklomp@swlaw.com

*Attorneys for Plaintiff and Counter-Defendant Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A.;<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; TOWN CENTER VILLAGE COMMUNITY ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited liability company;<br><br>Defendants.<br><br>AND ALL RELATED CASES | Case No.: 2:15-cv-00577-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT** (First Request) |

IT IS HEREBY STIPULATED between Wells Fargo Bank, N.A. ("Wells Fargo"), and SFR Investments Pool 1, LLC ("SFR"), by and through their undersigned counsel, to extend the deadlines for each Party to file responses to the other Party's motion for summary judgment, currently due April 7, 2016. SFR's response to Wells Fargo's Motion for Summary Judgment (Docket #39) shall be due **April 18, 2016**. Wells Fargo's response to SFR's Motion for Summary Judgment (Docket #40) shall be due **April 18, 2016**.

This is both parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

DATED this 5th day of April, 2016.      DATED this 5th day of April, 2016.

KIM GILBERT EBRON      SNELL & WILMER L.L.P.

/s/ Diana Cline Ebron      /s/ Wayne Klomp
Diana Cline Ebron, Esq.      Jeffrey Willis, Esq.
Nevada Bar No. 10580      Nevada Bar No. 4797
Jacqueline A. Gilbert, Esq.      Amy F. Sorenson, Esq.
Nevada Bar No. 10593      Nevada Bar No. 12495
7625 Dean Martin Road, Suite 110      Wayne Klomp, Esq.
Las Vegas, Nevada 89139      Nevada Bar No. 10109
Phone: (702) 485-3300      50 West Liberty Street, Suite 510
Fax: (702) 485-3301      Reno, Nevada 89501-1961
*Attorneys for SFR Investments Pool 1, LLC*      Phone: (775) 785-5440
     Fax: (775) 785-5441
     *Attorneys for Wells Fargo Bank, N.A.*

**ORDER**

IT IS SO ORDERED.

Dated this  6th  day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully submitted by:*

SNELL & WILMER L.L.P.
By:  /s/ Wayne Klomp
Jeffrey Willis (NV Bar No. 4797)
Amy F. Sorenson (NV Bar No. 12495)
Wayne Klomp (NV Bar No. 10109)
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: (775) 785-5440
Facsimile: (775) 785-5441
*Attorneys for Wells Fargo Bank, N.A.*

23823656