UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>                  Plaintiff,<br>v.<br>SFR INVESTMENTS POOL 1, LLC, et al.,<br><br>                  Defendants. | Case No. 2:15-cv-00577-APG-PAL<br><br>ORDER<br><br>(Mots WD Atty – ECF Nos. 67, 68) |

This matter is before the court on attorney Steven T. Loizzi, Jr.'s Motions to Withdraw as Counsel of Record for Alessi & Koenig, LLC (ECF Nos. 67, 68). A Notice of Bankruptcy (ECF No 65) was filed February 6, 2019 indicating Alessi & Koenig, LLC is in bankruptcy and is now a defunct corporation. Because of the bankruptcy, no one other than the bankruptcy trustee, Shelley Krohn or its bankruptcy attorney, Ryan Alexander, may communicate on behalf of Alessi & Koenig. Mr. Loizzi therefore seeks leave to withdraw as counsel of record.

The bankruptcy trustee shall file a status report with the court advising how he/she proposes to proceed with respect to this case.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. Mr. Loizzi's Motions to Withdraw (ECF Nos. 67, 68) are GRANTED.

2. The Clerk of the Court shall serve the bankruptcy trustee with a notice of this order and future filings involving Alessi & Koenig, LLC at:

   Jeanette McPherson, Esq. and/or Trustee Shelley Krohn, Esq.
   Schwartzer McPherson
   2850 S. Jones Blvd., Ste. 1
   Las Vegas, NV  89146-5308

3. The bankruptcy trustee shall have until **August 31, 2018**, to file a status report with the court indicating how he/she proposes to proceed with respect to this case.

DATED this 1st day of August, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE