Kelly H. Dove, Esq.
Nevada Bar No. 10569
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kdove@swlaw.com
       hcheong@swlaw.com
*Attorneys for Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A.; <br><br>Plaintiff, <br><br>vs. <br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; TOWN CENTER VILLAGE COMMUNITY ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited liability company; <br><br>Defendants. <br><br>SFR INVESTMENTS POOL I, LLC, a Nevada limited-liability company, <br><br>Counter Claimant, <br><br>vs. <br><br>WELLS FARGO BANK, N.A., a national banking association, <br><br>Counter Defendant. | Case No.: 2:15-cv-00577-APG-BNW <br><br>**STIPULATION AND ORDER TO DISMISS LITIGATION WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff/Counter Defendant Wells Fargo Bank, N.A., Defendant/Counterclaimant SFR Investments Pool 1, LLC, and Defendant Town Center Village Community Association (collectively, the "Parties"), by and through their

respective counsel, that all claims in this action between the Parties will be dismissed with prejudice.

Each party shall bear their own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this 15th day of April, 2020.

SNELL & WILMER L.L.P.

By: */s/ Holly E. Cheong*
    Holly E. Cheong, Esq.
    (Nevada Bar No. 11936)
    3883 Howard Hughes Parkway
    Suite 1100
    Las Vegas, Nevada 89169
    Telephone: (702) 784-5200
    *Attorneys for Plaintiff/ Counter Defendant Wells Fargo Bank, N.A.*

DATED this 15th day of April, 2020.

LEACH KERN GRUCHOW ANDERSON SONG

By: */s/ J. Tyler King*
    J. Tyler King, Esq.
    (Nevada Bar No. 14895)
    2525 Box Canyon Drive
    Las Vegas, Nevada 89128
    Telephone: (702) 538-9074
    *Attorneys for Defendant Town Center Village Community Association*

DATED this 15th day of April, 2020.

KIM GILBERT EBRON

By: */s/ Diana S. Ebron*
    Diana S. Ebron, Esq.
    (Nevada Bar No. 10580)
    7625 Dean Martin Drive, Suite 110
    Las Vegas, Nevada 89139
    Telephone: (702) 485-3300
    *Attorneys for Defendant/Counterclaimant SFR Investments Pool 1, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: 4/15/2020

- - 2 - -