# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No.: 2:15-cv-00577-APG-BNW |
| Plaintiff | **Order Setting Deadline for Further Action** |
| v. | |
| SFR INVESTMENTS POOL 1, LLC, et al., | |
| Defendants | |

Most of the parties in this case have settled their disputes with each other. However, plaintiff Wells Fargo Bank, N.A. and cross claimant Town Center Village Community Association's claims against Alessi & Koenig, LLC remain pending.

I THEREFORE ORDER that by May 5, 2020, plaintiff Wells Fargo Bank, N.A. and cross claimant Town Center Village Community Association must either move for default judgment or voluntarily dismiss their claims against defendant Alessi & Koenig, LLC. If they do not take either of these actions by that date, I will dismiss the claims without prejudice.

DATED this 16th day of April, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE